## Complaint Synopsis

2:19-mj-326-JHR

| | |
|---|---|
| **Name:** | Terrel Walker |
| **Address:** (City & State Only) | Orono, ME |
| **Year of Birth and Age:** | 1991/28 years old |
| **Violations:** | Count 1: Possession with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1). |
| | Count 2: Holding for sale a counterfeit drug, in violation of Title 21, United States Code, Section 331(i)(3) |
| **Penalties:** | Count 1: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both. |
| | This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| | Count 2: Imprisonment of not more than ten years (21 U.S.C. § 333(b)(8), or a fine not to exceed $250,000 (21 U.S.C. § 333(b)(8) and 18 U.S.C. § 3571(b)(1)), or both. |
| **Supervised Release:** | Count 1:  Not less than three years and not more than life.  21 U.S.C. § 841(b)(1)(C). |
| | Count 2:  Not more than three years.  18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 and 2: Not more than two years.  18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Life less any period of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
| | Count 2: Three years less any period of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 NOV -6  P 3: 47

DEPUTY CLERK

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | FDA-OCI; SA Robert Ekey |
| **Detention Status:** | Warrant Requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Meghan E. Connelly |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |