AO 442 (Rev 01/09) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

# UNITED STATES DISTRICT COURT

for the

District of Maine

NOV 06 2019

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Terrel Walker | ) Case No. 2:19·mj·326·JHR |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Terrel Walker                                                                  ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Count 1: Possession With Intent to Distribute Cocaine in violation of Title 21, United States Code, Section 841(a)(1).

Count 2: Holding for Sale a Counterfeit Drug in violation of Title 21, United States Code, Section 331(i)(3)

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

Date:   11/06/2019          By: _____
                                    Deputy Clerk

_____
*Issuing officer's signature*

City and state:      Portland, Maine          John H. Rich III, United States Magistrate Judge
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____          _____ |
|                                    *Arresting officer's signature* |
|                                    _____ |
|                                    *Printed name and title* |