**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:19-cr-00220-JDL |
| TERREL WALKER, ) | |
| ) | |
| Defendant ) | |

**AGREED UPON MOTION TO EXTEND TIME**
**FOR FILING PRETRIAL MOTIONS**
**AND WAIVER OF SPEEDY TRIAL ACT**

NOW COMES the Defendant, Terrel Walker, by and through his attorney, Leonard I. Sharon, Esq., and moves this Honorable Court as follows:

1. Pursuant to previous orders setting deadlines and trial in this matter, pretrial motions are due by June 15, 2020; and the case is on the Trial List for July 6, 2020.

2. Defendant's counsel requests an extension of time for filing pretrial motions to June 25, 2020, due to delays caused by the COVID-19 pandemic and statewide precautions. Due to reduced office operations, counsel has not been able to meet with clients and counsel has yet to have the access at home to complete the necessary research. Counsel requests additional time to conduct additional research for inclusion in the pretrial motions in this matter.

3. Defendant, Terrel Walker, is aware that his attorney has filed an Agreed Upon Motion to Extend Time for Filing Pretrial Motions and Waiver of Speedy Trial Act. He is aware of his rights under the Speedy Trial Act, 18 U.S.C. §3161, as it applies to the time from indictment to trial and voluntarily waives those time limits by asking the Court to exclude from the Speedy Trial calculations the entire time period of the extension sought.

4. Defendant's counsel has conferred with Assistant United States Attorney Meghan E. Connelly, who confirmed that the Government does not object to this Motion to Extend Time for Filing Pretrial Motions and Waiver of Speedy Trial Act.

WHEREFORE, the Defendant respectfully requests that this Honorable Court extend the time for filing Pretrial Motions to June 25, 2020.

Dated at Lewiston, Maine, this 3rd day of June, 2020.

/s/Leonard I. Sharon
Leonard I. Sharon, Esq.
Attorney for Defendant, Terrel Walker
Andrucki & King
179 Lisbon Street, 3rd Floor
P.O. Box 7120
Lewiston, ME 04243-7120
(207) 777-4600
*LIS@andruckilaw.com*

CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing Agreed Upon Motion to Extend Time for Filing Pretrial Motions and Waiver of Speedy Trial Act with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Meghan E. Connelly, AUSA
United States Attorney's Office
100 Middle Street, East Tower, 6th Fl.
Portland, ME 04101
*meghan.connelly@usdoj.gov*

I hereby certify that on June 3, 2020, I have mailed by United States Postal Service, the document to the following non-registered participant at the following address:

Terrel Walker
P.O. Box 372
Orono, ME 04473

      Dated at Lewiston, Maine, this 3rd day of June, 2020.

                                /s/Leonard I. Sharon
                                Leonard I. Sharon, Esq.
                                Attorney for Defendant, Terrel Walker
                                Andrucki & King
                                179 Lisbon Street, 3rd Floor
                                P.O. Box 7120
                                Lewiston, ME 04243-7120
                                (207) 777-4600
                                *LIS@andruckilaw.com*