**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  2:19-cr-00220-JDL |
| | ) | |
| TERREL WALKER | ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT

The United States of America, by and through Halsey B. Frank, United States Attorney

for the District of Maine, and Meghan E. Connelly, Assistant United States Attorney, hereby

moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the Indictment in the above-captioned case.

Upon further review and careful consideration of the facts and the law, the government believes

that dismissal of the Indictment would be in the best interests of justice.   Counsel for the

defendant, Leonard Sharon, Esq., does not oppose this motion.

Dated: September 8, 2020                                Respectfully submitted,

                                                                              HALSEY B. FRANK
                                                                              UNITED STATES ATTORNEY

                                                                              /s/ Meghan E. Connelly
                                                                              Assistant United States Attorney
                                                                              U.S. Attorney's Office
                                                                              100 Middle Street
                                                                              Portland, ME  04101
                                                                              Meghan.connelly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I caused a copy of the foregoing Motion to be electronically filed using the CM/ECF system, which will automatically send notifications of such filing(s) to all counsel of record.

> Halsey B. Frank
> United States Attorney
>
> /s/ Meghan E. Connelly
> Assistant United States Attorney
> U.S. Attorney's Office
> 100 Middle Street
> Portland, ME  04101
> meghan.connelly@usdoj.gov