# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  No. 2:19-cr-00220-JDL |
| | ) |
| **TERREL WALKER** | ) |

## NOTICE OF DISMISSAL

The United States of America hereby dismisses the above captioned indictment.

Date: September 16, 2020

                Respectfully submitted,

                Halsey B. Frank
                United States Attorney

                /s/Meghan E. Connelly
                Assistant U.S. Attorney
                United States Attorney's Office
                100 Middle Street
                Portland, ME 04101
                meghan.connelly@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2020, I filed the foregoing Notice of Dismissal using the CM/ECF system, which will cause a copy to be sent to all counsel of record.

                                   /s/Meghan Connelly
                                   Assistant U.S. Attorney
                                   United States Attorney's Office
                                   100 Middle Street
                                   Portland, Maine 04101
                                   Meghan.connelly@usdoj.gov