UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:19-cr-00220-JDL |
| | ) |
| | ) |
| TERREL WALKER | ) |
| | ) |

ORDER OF DISCHARGE

It appearing that the defendant is now entitled to be discharged for the reason that a Notice of Dismissal was filed after the Court granted the motion of the Government for leave to Dismiss, of the offenses Possession with Intent to Distribute Alprazolam in violation of Title 21, United States Code, Section 841(a)(1), Holding for Sale a Counterfeit Drug in violation of Title 21, United States Code, Section 331(i)(3), and Possession with Intent to Distribute Cocaine in violation of Title 21, United States Code, Section 841(a)(1) as charged in Counts One, Two and Three of the Indictment,

IT IS THEREFORE ADJUDGED THAT THE DEFENDANT IS HEREBY DISCHARGED PURSUANT TO RULE 48(a), Fed. R. Crim. P.

/s/ Jon D. Levy
CHIEF U.S. DISTRICT JUDGE

Dated this 22nd day of September, 2020